**No. 51512.**—Protests 621848–G, etc., of Julius Kayser & Co. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was sustained.

**No. 51513.**—Protests 630500–G, etc., of Alfred Friedman Co., Inc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim of the plaintiff was sustained.

**No. 51514.**—Protests 870763–G, etc., of Julius Kayser & Co. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim of the plaintiff was sustained.

**No. 51515.**—Protests 942246–G, etc., of Julius Kayser & Co. (New York).